UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST et al.,<br><br>               Plaintiffs,<br>    v.<br><br>GREYROCK DRILLING & PILEDRIVING LLC et al.,<br><br>               Defendants,<br>    v.<br><br>PACIFIC PREMIER BANK, N.A.,<br><br>             Garnishee-Defendant. | CASE NO. 2:23-mc-00063-LK<br><br>ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT |

      This matter comes before the Court on Plaintiffs' Application for Writ of Garnishment. Dkt. No. 1. Plaintiffs seek a writ of garnishment for property in which the Defendant/Judgment Debtor, Greyrock Drilling & Piledriving LLC, is believed to have a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Pacific Premier Bank, N.A.

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 1

1 | The Court DENIES without prejudice the Application for Writ of Garnishment because it seeks a garnishment attorney fee of $495, Dkt. No. 1-2 at 2, but the garnishment statute states that "[t]he garnishment attorney fee shall not exceed three hundred dollars," Wash. Rev. Code § 6.27.090(2). This may not be the only shortcoming in Plaintiffs' application, but the Court need not scour the record any further.

Plaintiffs may file an amended application by August 21, 2023. If the Court does not receive an amended application by that date, it will direct the Clerk to close this matter.

Dated this 14th day of August, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER DENYING APPLICATION FOR WRIT OF GARNISHMENT - 2