UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST et al., <br><br> Plaintiffs, <br><br> v. <br><br> GREYROCK DRILLING & PILEDRIVING LLC et al., <br><br> Defendants, <br><br> v. <br><br> PACIFIC PREMIER BANK, N.A., <br><br> Garnishee-Defendant. | CASE NO. 2:23-mc-00063-LK <br><br> ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY |

**JUDGMENT SUMMARY**

Judgment Creditors: Northwest Carpenters Health and Security Trust; Northwest Carpenters Retirement Trust; Northwest Carpenters Individual Account Pension Trust; Northwest Carpenters Vacation Trust; and Carpenters-Employers Apprenticeship and Training Trust Fund of Washington-Idaho

Garnishment Judgment Debtor: Pacific Premier Bank, N.A.

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY - 1

|   |   |   |
|---|---|---|
| Garnishment Judgment Amount: | | $ 6,541.13 |
| Costs Judgment Debtor: | | Greyrock Drilling & Piledriving LLC |
| Costs Judgment Amount: | | $ 384.50 |
| Judgments to Bear Interest at: | | 0.00% |
| Attorney for Judgment Creditor: | | Jeffrey G. Maxwell, WSBA No. 33503<br>Barlow Coughran Morales & Josephson, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, Washington 98101 |

IT APPEARING THAT Garnishee-Defendant Pacific Premier Bank, N.A. was indebted to Defendant/Judgment Debtor Greyrock Drilling & Piledriving LLC in the nonexempt amount of $6,541.13; that at the time the Writ of Garnishment was issued, Garnishee-Defendant Pacific Premier Bank, N.A had in its possession or control funds, personal property, or effects of Defendant Greyrock Drilling & Piledriving LLC; and that Plaintiffs have incurred recoverable costs and attorney's fees of $384.50;

Now, therefore, it is hereby ORDERED, ADJUDGED, AND DECREED that Plaintiffs are awarded judgment against Garnishee Defendant Pacific Premier Bank, N.A. in the amount of $6,541.13; that Plaintiffs are awarded judgment against Defendant/Judgement Debtor Greyrock Drilling & Piledriving LLC in the amount of $384.50 for recoverable costs and attorney fees; that Garnishee-Defendant shall pay its judgment amount to Plaintiffs through the Registry of the Court; that, upon payment by the Garnishee-Defendant of the aforementioned sum to the Registry of the Court, the Clerk is directed to deposit funds into the Registry of the Court in the principal amount of $6,541.13; and that, upon receipt and deposit of the aforementioned sum, the Clerk is authorized and directed to draw a check on the funds deposited in the Registry of this Court in the principal amount of $6,541.13 plus all accrued interest, payable to Northwest Carpenters Trusts, and mail or deliver the check to Barlow Coughran Morales & Josephson, P.S., 1325 Fourth Avenue, Suite

ORDER DIRECTING ENTRY OF JUDGMENT ON GARNISHEE'S ANSWER AND ORDER TO PAY - 2

910, Seattle, WA 98101. Garnishee-Defendant is advised that the failure to pay its judgment amount may result in execution of the judgment, including garnishment.

Dated this 1st day of March, 2024.

*Lauren King*

Lauren King
United States District Judge