# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| NORTHWEST CARPENTERS HEALTH AND SECURITY TRUST et al.,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br><br>GREYROCK DRILLING & PILEDRIVING LLC et al.,<br><br>　　　　　　　　　Defendant.<br><br>PACIFIC PREMIER BANK, N.A.,<br><br>　　　　　　　　Garnishee-Defendant. | **JUDGMENT IN A MISCELLANEOUS CASE**<br><br>CASE NUMBER 2:23-mc-00063-LK |

☐　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

　　Judgment is entered in favor of the Plaintiffs/Judgment Creditors and against the Garnishee-Defendant Pacific Premier Bank, N.A. in the sum of $6,541.13, such funds to be first applied in satisfaction of the costs taxable herein. Judgment is entered in favor of the Plaintiffs/Judgment Creditors against the Defendant/Judgment Debtor Greyrock Drilling & Piledriving LLC for costs in this garnishment action in the sum of $384.50.

　　Dated March 1, 2024.

　　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　　*/s/Natalie Wood*
　　　　　　　　　　　　　　　　　　　　Deputy Clerk